JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:  (510) 637-3724
    E-Mail:     Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-01156-SBA |
| Plaintiff, | [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| LEONARD SMITH, and TAMMY COLLINS, | |
| Defendants. | |

    The parties appeared for an initial appearance on July 29, 2010.  Following detention hearings for both defendants, the matter was continued to September 14, 2010 for further status. The government has produced discovery to defense counsel, including paper documents and audio recordings.  Defense counsel will require time to review the discovery.  In addition, counsel for Smith will be taking leave in September, which will likely necessitate a substitution in defense counsel.  Accordingly, based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 29, 2010 and September 14, 2010 would unreasonably deny the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding

[PROPOSED] ORDER TO EXCLUDE TIME
CR-09-01156-SBA

1  the time between July 29, 2010 and September 14, 2010 from computation under the Speedy
2  Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,
3  it is hereby ordered that the time between July 29, 2010 and September 14, 2010 shall be
4  excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

7  DATED: August _9_, 2010                         _____
                                                    HONORABLE DONNA M. RYU
8                                                   United States Magistrate Judge

[PROPOSED] ORDER TO EXCLUDE TIME
CR-09-01156-SBA                                  -2-