1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:   (510) 637-3724
        E-Mail:      Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR-09-01156-SBA
                                     )
14              Plaintiff,           )    STIPULATION AND ORDER TO
                                     )    CONTINUE STATUS CONFERENCE
15         v.                        )    AND EXCLUDE TIME UNDER THE
                                     )    SPEEDY TRIAL ACT
16  LEONARD SMITH, and TAMMY         )
    COLLINS,                         )
17                                   )
                Defendants.          )
18  _____ )

19

20          IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

21  attorney, Joshua Hill, and the defendants through their undersigned attorneys that the status

    hearing presently set for September 14, 2010, be continued to October 19, 2010 at 9:00 a.m.  The
22
    request for a continuance is Ellen Leonida, the undersigned Assistant Federal Public Defender,
23
    recently assumed representation of Mr. Smith and requires additional time to review the
24
    discovery and conduct any necessary investigation.  Defense counsel is also unavailable, due to
25
    pre-planned leave, between September 13, 2010 and October 1, 2010.  The parties agree that the
26
    delay is not attributable to lack of diligent preparation on the part of the attorney for the
27
    government or defense counsel.  For these reasons, the parties request that time under the Speedy
28

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE
CR-09-01156-SBA

1    Trial Act be excluded based on the need for reasonable time necessary for effective preparation,

2    taking into account the exercise of due diligence.  The parties agree that the waiver covers all

3    time between the date of this stipulation and October 19, 2010.

4    IT IS SO STIPULATED:

5    Dated: August 31, 2010                                              _____/S/_____

6                                                                        ELLEN V. LEONIDA
                                                                         Assistant Federal Public Defender
7                                                                        *Attorney for Leonard Smith*

8    Dated: August 31, 2010                                              _____/S/_____

                                                                         CAMELLIA BARAY
9                                                                        Bonjour, Thorman, Baray, &
                                                                         Billingsley
10                                                                       *Attorney for Tammy Collins*

11

12   Dated: August 31, 2010                                              _____/S/_____

                                                                         JOSHUA HILL
13                                                                       Assistant United States Attorney

14

15                                          **ORDER**

16          GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this

17   matter now scheduled for September 14, 2010 is hereby rescheduled for October 19, 2010 at

18   9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also

19   finds that failing to exclude the time between August 31, 2010 and October 19, 2010 would

20   unreasonably deny the government and the defense the reasonable time necessary for effective

21   preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

22   The Court further finds that the ends of justice served by excluding the time between August 31,

23   2010 and October 19, 2010 from computation under the Speedy Trial Act outweigh the best

24   interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the

25   //

26   //

27   //

28   //

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE
CR-09-01156-SBA                          -2-

1    time between August 31, 2010 and October 19, 2010 shall be excluded from computation under

2    the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3

4    DATED: August 31, 2010

     _____
     HONORABLE SAUNDRA B. ARMSTRONG
5    United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE
CR-09-01156-SBA                                    -3-