1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   JOSHUA HILL (CABN 250842)
    Assistant United States Attorney
5
         1301 Clay Street, Suite 340-S
6        Oakland, California 94612
         Telephone:  (510) 637-3740
7        Facsimile:  (510) 637-3724
         E-Mail:     Joshua.Hill2@usdoj.gov
8
9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR-CR-09-01156-SBA
                                       )
14                Plaintiff,           )   STIPULATION AND ORDER TO
                                       )   CONTINUE STATUS CONFERENCE
15       v.                            )   AND EXCLUDE TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
16  LEONARD SMITH, and TAMMY           )
    COLLINS,                           )
17                                     )
                  Defendants.          )
18  _____  )

19

20        IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

21  attorney, Joshua Hill, and the defendants through their undersigned attorneys that the status

22  hearing presently set for October 19, 2010, be continued to November 2, 2010 at 9:00 a.m.  The

23  parties require additional time to review the discovery and conduct any necessary investigation.

24  The parties agree that the delay is not attributable to lack of diligent preparation on the part of

25  the attorney for the government or defense counsel.  For these reasons, the parties request that

26  time under the Speedy Trial Act be excluded based on the need for reasonable time necessary for

27  effective preparation, taking into account the exercise of due diligence.  The parties agree that

28  the waiver covers all time between the date of this stipulation and October 19, 2010.

IT IS SO STIPULATED:

Dated: October 14, 2010

_____
/S/
ELLEN V. LEONIDA
Assistant Federal Public Defender
*Attorney for Leonard Smith*

Dated: October 14, 2010

_____
/S/
CAMELLIA BARAY
Bonjour, Thorman, Baray, &
Billingsley
*Attorney for Tammy Collins*

Dated: October 14, 2010

_____
/S/
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for October 19, 2010 is hereby rescheduled for November 2, 2010 at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between October 19, 2010 and November 2, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)&(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 19, 2010 and November 2, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between October 19, 2010 and November 2, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: October 18, 2010

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

-2-