1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                               OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR-09-01156-SBA
                                       )
14          Plaintiff,                 )   [PROPOSED] ORDER TO EXCLUDE
                                       )   TIME UNDER THE SPEEDY TRIAL ACT
15     v.                              )
                                       )
16 LEONARD SMITH, and TAMMY            )
   COLLINS,                            )
17                                     )
            Defendants.                )
18 _____)

19     The parties appeared for a status conference on November 3, 2010.  The matter was
20 continued to December 2, 2010 for further status.  The government has produced discovery to
21 defense counsel, which defense counsel continue to review.  In addition, defense counsel is
22 conducting additional investigation.  Accordingly, based upon the representation of counsel and
23 for good cause shown, the Court finds that failing to exclude the time between November 3, 2010
24 and December 2, 2010 would unreasonably deny the defense the reasonable time necessary for
25 effective preparation and continuity of counsel, taking into account the exercise of due diligence.
26 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by
27 excluding the time between November 3, 2010 and December 2, 2010 from computation under
28 the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

1  Therefore, it is hereby ordered that the time between November 3, 2010 and December 2, 2010
2  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and
3  (B)(iv).

5  DATED: November _5_, 2010

   _____
   HONORABLE LAUREL BEELER
   United States Magistrate Judge

-2-