UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARD GENE SMITH,<br><br>Defendant. | Case No: CR 09-1156 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On December 2, 2010, the Court referred this matter, upon consent of the parties, to Magistrate Judge Donna Ryu for a report and recommendation on the acceptance of Defendant's guilty plea. On December 2, 2010, Magistrate Judge Ryu issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea. The Court has received no objection to the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Ryu's Report and Recommendation (Docket 36) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: March 31, 2011

                                                                     _____
                                                                     SAUNDRA BROWN ARMSTRONG
                                                                     United States District Judge