UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 09-1156 SBA |
| Plaintiff, ) | **[PRELIMINARY ORDER OF FORFEITURE** |
| v. ) | |
| LEONARD GENE SMITH, and TAMMY COLLINS, ) | |
| Defendant(s). ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreements entered on December 2, 2010 and October 13, 2011, wherein the defendants admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. Dell Computer, Serial No. DJZZZF1, Model No. DCMF,

pursuant to Title 18, United States Code, Section 982.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person,

other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

  IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture became final as to Leonard Gene Smith at the time of his sentencing on March 31, 2011 and as such, was made part of the sentence and included in the Judgment dated April 5, 2011 and as to Tammy Collins at the time of her sentencing on October 6, 2011 and as such, was made part of the sentence and included in the Judgment dated October 17, 2011.

  IT IS SO ORDERED this 28th day of <u>November</u> 2011.

*/s/ Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge