UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LEONARD GENE SMITH, and <br> TAMMY COLLINS, <br> Defendant(s). | Case No. CR 09-1156 SBA <br><br> [PROPOSED] FINAL ORDER OF FORFEITURE |

On November 28, 2011, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, a Dell Computer, Serial No. DJZZZF1, Model No. DCMF, pursuant to Title 18, United States Code, Section 982.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 982. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 2/14/12

SAUNDRA B. ARMSTRONG
United States District Judge